Andrew B. Downs
Nevada Bar No. 8052
E-mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Darren T. Brenner
Nevada Bar No. 8386
E-Mail: dbrenner@wrightlegal.net
WRIGHT FINLAY & ZACK
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
Telephone: 702.475.7964
Facsimile: 702.946.1345

Attorneys for Defendants Twin City Fire
Insurance Company and Hartford Casualty
Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRESCENT CITY SCHOOL OF GAMING & BARTENDING, INC., a Nevada Domestic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, a Foreign Corporation; HARTFORD CASUALTY INSURANCE COMPANY, a Foreign Corporation; THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Foreign Corporation; DOES I THROUGH X, inclusive, and ROE CORPORATIONS 1 through X, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL** |

Defendants Twin City Fire Insurance Company and Hartford Casualty Insurance Company, who are the only defendants to have been served, remove this matter to the United States District Court for the District of Nevada:

1. The Court has diversity jurisdiction of this matter pursuant to 28 U.S.C. § 1332 because it is between citizens of different states and the amount in controversy exceeds $75,000.

2. Plaintiff Crescent City School of Gaming & Bartending, Inc. ("Crescent City") is a corporation incorporated in Nevada with its principal place of business in Nevada. For purposes of diversity jurisdiction, Crescent City is a citizen of Nevada.

3. Defendant Twin City Fire Insurance Company ("Twin City") is a corporation incorporated in Indiana with its principal place of business in Connecticut. For purposes of diversity jurisdiction, Twin City is a citizen of both Indiana and Connecticut.

4. Defendant Hartford Casualty Insurance Company ("Hartford Casualty") is a corporation incorporated in Indiana with its principal place of business in Connecticut. For purposes of diversity jurisdiction, Hartford Casualty is a citizen of both Indiana and Connecticut.

5. Unserved defendant The Hartford Insurance Group, Inc. formerly known as and sued as The Hartford Financial Services Group, Inc. ("HIG") is a corporation incorporated in Delaware with its principal place of business in Connecticut. For purposes of diversity jurisdiction, HIG is a citizen of both Delaware and Connecticut. HIG does no business in the state of Nevada and is not subject to personal jurisdiction in the state or federal courts in Nevada.

6. The citizenship of the unserved defendants sued as Does I through X, inclusive, and Roe Corporations I through X, inclusive, may be disregarded for purposes of diversity jurisdiction pursuant to 28 U.S.C. § 1441(b)(1).

7. The amount in controversy in this action, exclusive of interest and costs, exceeds $75,000 as shown more fully below.

8. On or about March 5, 2025 Crescent City filed an action in the Eighth Judicial District Court of the State of Nevada for Clark County, Nevada entitled *"Crescent City School*

– 2 –

*of Gaming & Bartending, Inc. v. Twin City Fire Insurance Company, et al.*" That action bears case number A-25-913997-C in that court. A true and correct copy of the Complaint is attached as Exhibit 1.

9. The lawsuit being removed arises out of a property insurance claim made by Crescent City. Although, consistent with Nevada pleading practice, Crescent City merely alleges damages for each count in the complaint in excess of the state court's $15,000 jurisdictional minimum, the pre-suit communications between the parties reveal that Crescent City is seeking to recover contract benefits in excess of $600,000 along with compensatory damages for alleged breach of the implied covenant of good faith and fair dealing, alleged violations of NRS 686A.310, attorney's fees, and punitive damages. Accordingly, the amount in controversy is in excess of $75,000 not including interest and costs.

10. Twin City and Hartford Casualty were served pursuant to NRS 680A.260 via delivery to the Nevada Division of Insurance on March 18, 2025. Copies of the service notices and Summons from the Division of Insurance are attached as Exhibits 2 and 3.

11. HIG has not been served.

12. No returns of service have been filed with the state court.

13. Attached are the following documents filed in the state court, in addition to the Complaint and Summons:

(a) Initial Appearance Fee Disclosure – Exhibit 4.

(b) Demand for Jury Trial – Exhibit 5.

14. All defendants who have been served join in this removal.

15. This Notice of Removal is being filed less than 30 days after Twin City and Hartford Casualty were served with the Summons and Complaint.

WHEREFORE, defendants Twin City Fire Insurance Company and Hartford Casualty Insurance Company pray this matter be removed to the United States District Court for the District of Nevada.

DATED:  April 14, 2025

BULLIVANT HOUSER BAILEY PC
WRIGHT FINLAY & ZACK


By  /s/ Andrew B. Downs
 Andrew B. Downs
 Nevada Bar No. 8052
 101 Montgomery Street, Suite 2600
 San Francisco, CA 94104
 Telephone: 415.352.2700
 Facsimile: 415.352.2701

 Darren T. Brenner
 Nevada Bar No. 8386
 8337 W. Sunset Road, Suite 220
 Las Vegas, NV 89113
 Telephone: 702.475.7964
 Facsimile: 702.946.1345

Attorneys for Defendants Twin City Fire Insurance Company and Hartford Casualty Insurance Company

4925-9180-7027.1

*****

– 4 –